## Commonwealth *v.* Bouleware, Appellant.

Submitted December 6, 1971. *Joseph Patrick McCabe, Jr.,* for appellant; *Harvey Sernovitz* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Briggs, Appellant.

Submitted November 10, 1971. *Patrick H. Mahady,* and *Mahady & Mahady,* for appellant; *Henry A. Martin,* Assistant District Attorney, and *John N. Scales,* District Attorney, for Commonwealth, appellee.

Order affirmed.